1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney

5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5053
7      FAX: (408) 535-5066
       Thomas.M.OConnell@usdoj.gov
8
   Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,        )    No. CR 06-00385 JW -HRL
                                     )
14 |       Plaintiff,                 )
                                     )    STIPULATION AND [~~PROPOSED~~]
15 |       v.                         )    ORDER EXCLUDING TIME
                                     )
16 | JOSEPH EDWARD SHOPES,            )
                                     )
17 |       Defendant.                 )    SAN JOSE VENUE
                                     )
18 |_____)

19

20     This case was last on calendar for a status check on Monday, February 26, 2007. At that

21 time, the parties requested additional time to finalize the plea agreement, and to attend to various

22 matters important to that process.   However, the parties neglected to file a stipulation requesting

23 a new date for that plea.  The parties now jointly request that this case be set for disposition by

24 plea on Monday, April 16, 2007 at 1:30 p.m..  In addition, the parties request an exclusion of

25 time under the Speedy Trial Act from February 26, 2007 to April 16, 2007.  The parties agree and

26 stipulate that said exclusion of time is in the interests of justice and appropriate, based on the

27 defendant's need for effective preparation of counsel.

28 SO STIPULATED:                          SCOTT N. SCHOOLS
                                           United States Attorney

STIPULATION AND [PROPOSED] ORDER
NO.CR 06-00385 - JW- HRL               1

DATED: April 5, 2007 _____/s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

DATED: April 5, 2007 _____/s/_____
JAY RORTY
Assistant Federal Public Defender

    Accordingly, for good cause shown, the Court HEREBY ORDERS, by stipulation of the parties, that this case be set for disposition by plea on Monday, April 16, 2007 at 1:30 p.m.. In addition, the parties have requested an exclusion of time under the Speedy Trial Act from February 26, 2007 to April 16, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 4/9/2007 _____
JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO.CR 06-00385 - JW- HRL    2