BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JOSEPH SHOPES

**DENIED**
*James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00385 JW (HRL) |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| JOSEPH EDWARD SHOPES, ) | |
| Defendant. ) | |

    Assistant United States Attorney Tom O'Connell and defendant, Joseph Edward Shopes, through his counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the hearing date in the above-captioned matter, presently scheduled for August 13, 2007 should be continued to October 1, 2007 at 1:30 p.m.. The reason for this continuance is continued negotiations between the parties as to the appropriate sentence is the case..

Dated: August 7, 2007            \_\_\_\_\_/S/_____
                                 JAY RORTY
                                 Assistant Federal Public Defender

Dated: August 7, 2007            \_\_\_\_\_/S/_____
                                 TOM O' CONNELL
                                 Assistant United States Attorney

**DENIED**
*/s/ James Ware*
Judge James Ware

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00385 JW (HRL) |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) | |
| JOSEPH EDWARD SHOPES, | ) | |
| Defendant. | ) | |

IT IS SO ORDERED:

The Court denies the parties' request for continue. The parties' shall appear for the scheduled status conference set for 8/13/2007 at 1:30 PM, Courtroom 8, 4th Floor San Jose before Hon. James Ware.

Dated: August __9__ , 2007

_____
JAMES WARE
United States District Judge

2