BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JOSEPH SHOPES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00385 JW (HRL) |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| JOSEPH EDWARD SHOPES, | ) | **DATE** |
| Defendant. | ) | |

    Assistant United States Attorney Tom O'Connell and defendant, Joseph Edward Shopes, through his counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the hearing date in the above-captioned matter, presently scheduled for November 5, 2007 should be continued to December 17, 2007 at 1:30 p.m..  The reason for this continuance is to allow continuity of defense counsel.

Dated: October 30, 2007                                _____/S/_____
                                                                         JAY RORTY
                                                                         Assistant Federal Public Defender

Dated: October 31, 2007                                _____/S/_____
                                                                          TOM O' CONNELL
                                                                         Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00385 JW (HRL) |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | ) ) | |
| JOSEPH EDWARD SHOPES, | ) ) | |
| Defendant. | ) ) | |

The parties have jointly requested to continue the hearing date set for November 5, 2007 to December 17, 2007 to allow continuity of defense counsel.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for November 5, 2007 be continued to December 17, 2007, at 1:30 p.m. Pursuant to the parties' stipulation.

Dated: November 2 , 2007

_____
JAMES WARE
United States District Judge

2