1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JOSEPH SHOPES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00385 JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| JOSEPH EDWARD SHOPES, | ) | **HEARING** |
| Defendant. | ) | |

The parties hereby stipulate and agree that the sentencing hearing in the above-captioned matter, presently scheduled for December 17, 2007, may be continued to January 28, 2008 at 1:30 p.m..  The reason for the requested continuance is to permit the newly assigned Assistant Federal Public Defender additional time for effective preparation.  United States Probation Office has been consulted as to the proposed continuance and has no objection.

Dated: December 12, 2007            s/_____
                                    CYNTHIA C. LIE
                                    Assistant Federal Public Defender


Dated: December 12, 2007            s/_____
                                    THOMAS M. O' CONNELL
                                    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EDWARD SHOPES,<br><br>Defendant. | No. CR 06-00385 JW (HRL)<br><br>[PROPOSED] ORDER CONTINUING SENTENCING |

GOOD CAUSE APPEARING AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the sentencing hearing presently set for December 17, 2007 be continued to January 28, 2008, at 1:30 p.m.

Dated: December  13 , 2007

_____
JAMES WARE
United States District Judge

2