BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant JOSEPH SHOPES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00385 JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE SENTENCING** |
| | ) | **HEARING** |
| JOSEPH EDWARD SHOPES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereby stipulate and agree that the sentencing hearing in the above-captioned matter, presently scheduled for January 28, 2008 may be continued to February 25, 2008 at 1:30 p.m.. The reason for the requested continuance is to permit the parties to resolve certain factual issues relevant to the Court's sentencing decision. The United States Probation Office has been consulted as to the proposed continuance and has no objection.

Dated: January 23, 2008                s/_____
                                       CYNTHIA C. LIE
                                       Assistant Federal Public Defender


Dated: January 23, 2008                s/_____
                                       THOMAS M. O' CONNELL
                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00385 JW (HRL) |
| Plaintiff, | ) ) | **[PROPOSED] ORDER CONTINUING SENTENCING** |
| v. | ) ) | |
| JOSEPH EDWARD SHOPES, | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the sentencing hearing presently set for January 28, 2008 be continued to February 25, 2008, at 1:30 p.m.

Dated: January __24__, 2008

_____
JAMES WARE
United States District Judge