BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SHOPES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00385 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING STATUS |
| vs. | ) | HEARING |
| | ) | |
| JOSEPH EDWARD SHOPES, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

Joseph Edward Shopes and the government, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, December 14, 2009 may be continued to Monday, January 25, 2010 at 1:30 p.m.  The reason for the requested continuance is to permit the United States Probation Office to monitor Mr. Shopes' continued performance on supervised release before making its recommendation to the Court.  United States Probation Officer Sharon Alberts has been consulted and concurs with this request.

Dated: December 11, 2009

                                                  s/_____
                                                  THOMAS M. O' CONNELL
                                                  Assistant United States Attorney

1  Dated: December 9, 2009

2  　　　　　　　　　　　　　　　s/_____
　　　　　　　　　　　　　　　CYNTHIA C. LIE
　　　　　　　　　　　　　　　Assistant Federal Public Defender

3

4  　　　　　　　　　　　[PROPOSED] ORDER

5  　　Good cause appearing and by stipulation of the parties, it is hereby ordered that the

6  hearing currently set as to Joseph Edward Shopes for Monday, December 14, 2009 shall be

7  continued to Monday, January 25, 2010 at 1:30 p.m.

8

9  Dated: December  14 , 2009

10  　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JAMES WARE

11  　　　　　　　　　　　　　　　United States District Judge

Stipulation and [Proposed] Order Continuing
Status Hearing, CR 06-00385 JW                    2