BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SHOPES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00385 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |
| vs. | |
| JOSEPH EDWARD SHOPES, | |
| Defendants. | |

**STIPULATION**

Joseph Edward Shopes and the government, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, January 25, 2010 may be continued to Monday, March 1, 2010 at 1:30 p.m.  The reason for the requested continuance is to permit the United States Probation Office to monitor Mr. Shopes' continued performance on supervised release before making its recommendation to the Court.  United States Probation Officer Sharon Alberts has been consulted and concurs with this request.

Dated: January 22, 2010

                                   s/_____
                                   THOMAS M. O' CONNELL
                                   Assistant United States Attorney

1  Dated: January 22, 2010

2  s/_____
   CYNTHIA C. LIE
   Assistant Federal Public Defender

3

4  [~~PROPOSED~~] ORDER

5  Good cause appearing and by stipulation of the parties, it is hereby ordered that the

6  hearing currently set as to Joseph Edward Shopes for Monday, January 25, 2010 shall be

7  continued to Monday, March 1, 2010 at 1:30 p.m.

8

9  Dated: January  22 , 2010

10  _____
    James Ware

11  JAMES WARE
    United States District Judge

Stipulation and [Proposed] Order Continuing
Status Hearing, CR 06-00385 JW          2