BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SHOPES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00385 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING RE |
| vs. | ) | REVOCATION OF SUPERVISED |
| | ) | RELEASE |
| JOSEPH EDWARD SHOPES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

Joseph Edward Shopes and the government, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, June 14, 2010, may be continued to Monday, August 30, 2010, at 1:30 p.m., to permit the United States Probation Office to continue monitoring Mr. Shopes' performance in residential drug treatment. United States Probation Officer Sharon Alberts has been consulted as to the proposed continuance and has no objection.

Dated: June 9, 2010

                           s/_____
                           ALLISON MARSTON DANNER
                           Assistant United States Attorney

Dated: June 9, 2010

                                   s/_____
                                   CYNTHIA C. LIE
                                   Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and upon stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, June 14, 2010, shall be continued to Monday, August 30, 2010, at 1:30 p.m.

Dated: June 11, 2010

_____
HON. JAMES WARE
United States District Judge

Stipulation and [Proposed] Order Continuing
Hearing, CR 06-00385 JW            2