IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00385 JW |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER TO VACATE STATUS REVIEW HEARING AND |
| vs. | ) ) | CONTINUE DEFENDANT ON SUPERVISED RELEASE |
| JOSEPH EDWARD SHOPES, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the review hearing currently set for Monday, November 15, 2010 at 1:30 p.m. shall be vacated, and that defendant Joseph Edward Shopes shall continue on supervised release, at the supervision of the United States Probation Office, pursuant to the original terms and conditions of supervised release set by this Court on February 28, 2008.

Dated: November 12, 2010

_____
HON. JAMES WARE
United States District Judge

[Proposed] Order Vacating Hearing and
Continuing Defendant on Supervised Release
CR 06-00385 JW                                  1